JOSEPH ROTUNDO v. ERIE RAILROAD COMPANY.—Application granted upon plaintiff filing stipulation for judgment absolute in event of affirmance. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANCHOR PRESS, INC., v. TRADE LITHOGRAPH CO., INC.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Application of FELIX PINCUS and Another for an Order Directing Arbitration to Proceed with ISRAEL O. PALEFSKI.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HOPE LEONARD BRAGG v. GEORGE C. TAYLOR, as President, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

AMERICAN RAILWAY EXPRESS COMPANY v. LASSEN REALTY COMPANY, a Corporation, and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of JACOB JUNG, Deceased.— Order resettled and filed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK WINGENBACK v. SOPHIE IRENE LOEB, President, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ATLANTIC COMMUNICATION COMPANY v. LEOPOLD ZIMMERMANN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN S. BUZZINI v. HARRY BARTH, as Surviving Partner, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MORRIS JOSEPH v. JOSEPH N. BLUMBERG.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CARDO DRUG CO., INC., v. CHATHAM AND PHENIX NATIONAL BANK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FREDERICK R. EELES v. LOUIS L. HORCHITZ.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PATRICK A. GAYNOR, as Committee, etc., v. FERDINAND HECHT, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

YETTA NURICK v. BROADEDGE CORPORATION and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.